**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 03-1163**

———

JUVENTINO CORREA,

Plaintiff - Appellant,

versus

ROADWAY EXPRESS,

Defendant - Appellee,

and

HEALTH SOUTH,

Defendant.

———

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  James A. Beaty, Jr.,
District Judge.  (CA-00-587-1)

———

Submitted:  May 29, 2003              Decided:  June 3, 2003

———

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Juventino Correa, Appellant Pro Se.  Alan Bruce Clarke, Charles
Matthew Keen, Sheri Lea Roberson, OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, Raleigh, North Carolina, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juventino Correa appeals the district court's order granting summary judgment in favor of Roadway Express in Correa's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Correa v. Roadway Express, No. CA-00-587-1 (M.D.N.C. Jan. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED